

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-13

Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>John Doe v. United States</u>, 13 Misc. 189

Dear Judge Preska:

      The Government respectfully submits this letter to Your Honor as Part I Judge. The above-captioned matter is a motion to quash a grand jury subpoena issued by the Government in an ongoing investigation, filed on May 29, 2013. The Government intends to oppose the motion, and respectfully requests a brief extension of its time to respond, to June 14, 2013. I have consulted with Dominic Amorosa and Joe Conway, Esqs., counsel to the movant, and they have consented to the requested extension, and requested that the movant have until June 21 to file his reply.

                                           Respectfully submitted,

                                           PREET BHARARA
                                           United States Attorney
                                           Southern District of New York

**GRANTED**
/s/ Loretta A. Preska
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
June 13, 2013

                        By:      s/ Margaret Garnett
                                Margaret Garnett
                                Assistant United States Attorney
                                Tel.: (212) 637-2520

cc: Dominic Amorosa and Joe Conway, Esqs. (via email)